1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI, | ) Case No. CV 10-490 DMG(JC) |
| Plaintiff, | ) ~~(PROPOSED)~~ |
| v. | ) ORDER ADOPTING FINDINGS, ) CONCLUSIONS, AND |
| LA COUNTY CLERK/ RECORDER MIZ MONROE, | ) RECOMMENDATIONS OF UNITED ) STATES MAGISTRATE JUDGE |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on any counsel for defendant.

IT IS SO ORDERED.

DATED: _6/30/10_                    _Dolly M. Gee_
                                    HONORABLE DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE