UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCOIS TABI, | ) | Case No. CV 10-490 DMG(JC) |
| Plaintiff, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| LA COUNTY CLERK/RECORDER MIZ MONROE | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 6/30/10

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE